# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Weyerhaeuser NR Company

                                      Plaintiff,

v.                                                              Case No.: 1:12–cv–00793
                                                                  Honorable John Z. Lee

Robert Bosch Tool Corporation

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 17, 2012:

       MINUTE entry before Honorable John Z. Lee: Status hearing held on 7/17/2012. Parties report the settlement agreement is signed and will file the appropriate paperwork by the end of the week. Status hearing set for 8/14/12 at 9:15 a.m.; the status date will be stricken if the appropriate paperwork is filed. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.